GAS 245D     (Rev. 07/22) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Savannah Division

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Mikael Oliver | ) | Case Number:   4:13CR00114-2 and |
| | ) | 4:13CR00115-2 |
| | ) | USM Number:   18159-021 |
| | ) | Katie A. Brewington |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from any unlawful use of a controlled substance (mandatory condition). | February 18, 2021 |

*See Page 2 for Additional Violations.*

The defendant is sentenced as provided in Page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec:  6282

Defendant's Year of Birth:  1995

City and State of Defendant's Residence:

Savannah, Georgia

April 25, 2023
Date of Imposition of Judgment

*/s/ signature/*
Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

APRIL 27, 2023
Date

Judgment— Page **2** of **3**

DEFENDANT: Mikael Oliver
CASE NUMBER: 4:13CR00114-2 and
4:13CR00115-2

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant committed another federal, state, or local crime (mandatory condition). | February 17, 2023 |
| 3 | The defendant unlawfully possessed a controlled substance (mandatory condition). | February 17, 2023 |

GAS 245D  Case 4:13-cr-00114-WTM-CLR   Document 122   Filed 04/27/23   Page 3 of 3
(Rev. 07/22) Judgment in a Criminal Case for Revocations

Judgment— Page 3 of 3

DEFENDANT: Mikael Oliver
CASE NUMBER: 4:13CR00114-2 and
4:13CR00115-2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 8 months as to each count, to be served concurrently.

☒ The Court makes the following recommendations to the Bureau of Prisons:
It is recommended that the defendant receive credit for all time served since March 14, 2023.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL